# UNITED STATES BANKRUPTCY COURT
### Eastern District of Virginia, Alexandria Division

| | | |
|---|---|---|
| **In Re: Siamak Loghmani,** : | | **Case No. 11-14389-BFK** |
| : | | |
| **Debtor**_____ : | | |

| | | |
|---|---|---|
| **Siamak Loghmani,** : | | |
| : | | |
| **Plaintiff** : | | |
| : | | |
| vs. : | | Adversary Proceeding |
| : | | |
| : | | No. 13-01044-BFK |
| **Green Tree Servicing, LLC,** : | | |
| : | | |
| **Defendant** : | | |

### RESPONSE TO RULE TO SHOW CAUSE

COMES NOW the Plaintiff/Debtor, Siamak Logmani, by counsel, and and responds to the Rule to Show Cause as to why the case should not be dismissed for failure to prosecute and in support thereof states as follows:

1. Plaintiff has filed a Motion to Dismiss this Adversary Proceeding pursuant to Fed. R. Civ. P. 41(a)(2).

2. The Motion is not opposed.

3. Counsel for the Plaintiff/Debtor has or will submit an appropriate Order that dismisses this matter.

Respectfully Submitted,<br>
Siamak Loghmani, By Counsel

_/s/ Alfred P. Boland_____
Alfred P. Boland, VSB #31037
Counsel to Debtor
4000 Legato Road, Suite 1100
Fairfax, Virginia  22033
703-896-7678 (office)
703-896-7601 (facsimile)
apboland@yahoo.com

## CERTIFICATE OF SERVICE

      I hereby certify that I filed a true copy of the foregoing Response to Rule to Show Cause on October 15, 2013 using the Court's ECF system, which will send notification of the filing to M. Richard Epps, Esquire, and Sara A. John, Esquire, counsel to GreenTree, and by electronic mail to M. Richard Epps, Esquire (richard_epps@eppspc.com) and Sara A. John on this 15th day of October, 2013.

                                               _/s/ Alfred P. Boland____
                                               Alfred P. Boland